IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

| | |
|---|---|
| DELMIS MOJICA-MENDOZA, | ) |
| | ) Civil Action No. 3:23-cv-00301 |
| Petitioner, | ) |
| | ) |
| vs. | ) United States Magistrate Judge |
| | ) Christopher B. Brown |
| WARDEN UNDERWOOD, | ) |
| | ) |
| Respondent. | ) |

**ORDER**

**AND NOW**, this 2nd day of August, 2024, for the reasons set forth in the accompanying Memorandum Opinion, the petition for a writ of habeas corpus filed Delmis Mojica-Mendoza is **DENIED** with prejudice.

**IT FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

**AND IT IS FURTHER ORDERED** that pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Mojica-Mendoza has sixty (60) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

s/Christopher B. Brown
Christopher B. Brown
United States Magistrate Judge

cc: **DELMIS MOJICA-MENDOZA**
73782-018
LORETTO
FEDERAL CORRECTIONAL INSTITUTION
Inmate Mail/Parcels
P.O. BOX 1000
CRESSON, PA 16630
(via U.S. First Class Mail)

**Samantha Stewart**
DOJ-USAO
(via ECF electronic notification)